

## NUMBER 13-13-00282-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FELIPE RODRIGUEZ AND
KING-ISLES, INC.,                                          Appellants,

v.

GEORGE BARNHILL,                                          Appellee.

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Longoria
Memorandum Opinion Per Curiam**

This case is before the Court on an agreed motion to reverse and set aside the trial court judgment without regard to the merits, and remand for rendition of judgment in accordance with agreement of the parties. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the

parties request this Court to reverse and set aside the trial court's judgment and remand this case for entry of an agreed judgment in accordance with the agreement of the parties. The Court, having examined and fully considered the agreed motion filed by the parties herein, is of the opinion that it should be GRANTED. We REVERSE and SET ASIDE the trial court's judgment without regard to the merits and REMAND this case to the trial court for entry of judgment in accordance with the agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The parties request immediate issuance of our mandate. *See* TEX. R. APP. P. # 18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the
8th day of August, 2013.